1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Guillen-Guiltron

8                      UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       )  Case No. 08MJ1692
                                     )
12 |            Plaintiff,            )
                                     )
13 | v.                               )
                                     )  **NOTICE OF APPEARANCE**
14 | GERARDO GUILLEN-GUILTRON,        )
                                     )
15 |            Defendant.            )
                                     )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

20                                      Respectfully submitted,

22  Dated: June 3, 2008                 /s/  Norma Aguilar
                                        **NORMA AGUILAR**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Guillen-Guiltron
24                                      Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF


Dated: June 3, 2008                                    /s/ *Norma Aguilar*
                                                            **NORMA AGUILAR**
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA  92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            Email: Norma_Aguilar@fd.org