UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Gerardo Guillen-Guiltron, )<br>et al. )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj1692<br>08CR 1921-JM<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. 08661298 |

On order of the United States District/(Magistrate Judge,)  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jorge Hernandez-Sanchez

DATED: 6/12/08

RECEIVED _____
             DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
L. HERNANDEZ