UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Gerardo Guillen-Guiltron, )<br>et al. )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj1692<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08661298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Emmanuel Rojas-Roman

DATED:   6/12/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
       DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by   /s/ Hernandez

Deputy Clerk
L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082